UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>-against-<br><br>BO STEEL GROUP, INC., KSK CONSTRUCTION GROUP, SEVENBERRY CONSTRUCTION LLC, 31-02 NORTHERN BLVD LLC, 30-36 NORTHERN BLVD LLC, and ENEFRY ADONIS HIERRO,<br><br>Defendants. | 14-cv-07318-KAM-VMS<br><br>ANSWER |

Defendant, ENERFRY ADONIS HIERRO i/s/h/a ENEFRY ADONIS HIERRO, by his attorneys GINARTE O'DWYER GONZALEZ GALLARDO & WINOGRAD, LLP, for his answer to the plaintiff's complaint alleges as follows:

1. Defendant, ENERFRY ADONIS HIERRO neither admits nor denies the allegations set forth in the complaint herein as there are no causes of action asserted against this Defendant.

**FIRST AFFIRMATIVE DEFENSE**:

2. The complaint fails to state a cause of action upon which a claim for relief can be granted.

Dated: New York, New York
      February 26, 2015

Yours, etc.,

GINARTE O'DWYER GONZALEZ
GALLARDO & WINOGRAD, LLP.

_____
By: GLENN VERCHICK, ESQ. (GV1766)
Attorneys for Defendant
Enerfry Adonis Hierro
225 Broadway, 13th Fl.
New York, New York 10007
Tel: (212) 601-9700
File No.: 602952

TO:  Jonathan Schapp, Esq.
     GOLDBERG SEGALLA LLP
     Attorneys for Plaintiff
     Scottdale Insurance Company
     665 Main Street, Suite 400
     Buffalo, NY 14203


     KING & KING, LLP
     Attorneys for Defendants
     KSK and Sevenberry
     27-12 37th Avenue
     Long Island City, NY 11101
     (718) 896.6554

AFFIDAVIT OF SERVICE

STATE OF NEW YORK :   COUNTY OF NEW YORK    ss:

      MARIA RIVERA, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age, and resides at New York, New York.

      That on February 26, 2015, deponent served the within ANSWER by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in--a post office--official depository under the exclusive care and custody of the United States Postal Service within New York State:

TO:    Jonathan Schapp, Esq.
        GOLDBERG SEGALLA LLP
        Attorneys for Plaintiff
        Scottdale Insurance Company
        665 Main Street, Suite 400
        Buffalo, NY 14203


        KING & KING, LLP
        Attorneys for Defendants
        KSK and Sevenberry
        27-12 37th Avenue
        Long Island City, NY 11101
        (718) 896.6554


                            _____
                                  MARIA RIVERA

Sworn to before me on
February 26, 2015.


_____
Notary Public

        RAQUEL DAVY
NOTARY PUBLIC-STATE OF NEW YORK
       No. 01DA6267874
    Qualified in Kings County
My Commission Expires August 27, 20_16_