LAW OFFICES

# KING & KING LLP

THE SANBORN MAP BUILDING
629 Fifth Avenue – Suite 113
Pelham, N.Y. 10803
914-380-5970
e-mail: pkutil@king-king-law.com

Peter M. Kutil
_____

Sanborn & King (1865 – 1872)
George A. King (1855-1938)
William B. King (1861-1930)

January 2, 2017

**VIA ECF**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Scottsdale Insurance Company v. Bo Steel Group Inc. et al.
            EDNY Index No. 1:14-cv-07318-AMD-VMS

Dear Judge Scanlon:

    The undersigned represents defendants KSK Construction Group ("KSK") and Sevenberry Construction LLC (collectively, "Sevenberry").

    I write to ask the Court for an extension to the date for Sevenberry's exchange of its expert report. At conference on November 17th, the Court set the exchange date for January 6th, 2017 and I write to request a 30-day extension to February 6th. The Court may recall that in light of the issues surrounding Bo Steel's attorney's motions to withdraw, the Court allowed for Sevenberry's preparation of an expert report. The due date for this report was set for January 6, 2017. I have plaintiff's consent to extend that date 30 days and ask for this extension for the following reasons:

    The plaintiff report was never served on the undersigned. The plaintiff's report was served on other counsel; however, plaintiff omitted service of all counsel, specifically Sevenberry's counsel. I alerted the plaintiff's counsel of this in mid-December. We agreed that we would seek to remedy this by asking the Court leave to allow Sevenberry additional time to prepare a responsive report. Due to the Holidays, I was not able to get this letter to the Court prior.

    As the Court extended the time for Bo Steel to appear by Counsel to 1/31/17, I submit that this request regarding expert disclosure will not delay the case. Also, the Court set disclosure completion dates for 1/31/17 in this case, and the requested adjournment is one week past that deadline. The request also resolves a possible motion by Sevenberry to strike the plaintiff's report as it was never provided to Sevenberry.

January 2, 2017
Letter to Court
Page 2

        I appreciate the Court's and counsels' courtesy in the matter.

        Respectfully submitted,

*Peter M. Kutil*

Peter M. Kutil

cc: All counsel (via ecf)

PMK:sas