Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 4/10/2017

Case:   Scottsdale Insurance Company v. Bo Steel Group, Inc., et al.

Civ A. 14-7318 (AMD) (VMS)
ECF Recording in 504N:          □ Telephone Conference          ☑ In-person Conference

12:43 - 1:40

Counsel: (See separately docket entry or document for specific appearances)

☑ Counsel for Plaintiff(s) □ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) □ Pro Se Defendant(s)
Conference Type:

□ Initial Conference □ Status Conference □ Settlement Conference ☑ Motion Hearing □ Discovery Conference □
□ JPTO Conference     □ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
(If dates previously set by the Court are not reset, they remain as stated in the previous order.)
  □ Motions decided on the record

  □ Rule 26(a) disclosures, incl. supplements

  □ Document requests to be served

  □ Interrogatories to be served

  □ Amended pleadings, incl. joinder          □ To be served          □ To be filed

          □ Complaint □ Answer              □ On consent □ By motion □ By PMC letter

  □ Joint status letter □ Stip of dismissal to be filed

  □ Status conference                         Date:                    Time:

          □ In person □ Telephone (718) 613-2300   To be organized by:

  □ Specific depositions to be held

  □ Fact discovery closes

  □ Expert disclosures to be served

  □ Initial expert report(s) to be served

  □ Rebuttal expert report(s) to be served

  □ Expert discovery closes

  □ All discovery closes

  □ Joint letter confirming discovery is concluded

  ☑ Summary judgment to be initiated          ☑ PMC letter □ Briefing     8/1/17   ← see next page

  □ Joint pre-trial order to be filed         □ Letter for conference □ Proposed JPTO

  □ Proposed confidentiality order to be filed

  □ Consent to Magistrate Judge to be filed

  □ Settlement Conference                     Date:                    Time:

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case:   Scottsdale Insurance Company v. Bo Steel Group, Inc., et al.        Civ. A. 14-7318 (AMD) (VMS)

Date:   4/10/2017

**Additional Orders:**

Update on underlying case: TT Herro's counsel expects to file a notice of issue in the next month. TT is likely to file a summary judgment motion on state court on liability. King County Supreme trial date is likely to be a year after filing note of issue.

Counsel in this case for TT Scottsdale & Emmanuel are not interested in settlement discussions in the underlying or this case until after the SJ motion.

Counsel for Bo Steel to file responses to interrogatories signed by Mr. Chen.

Counsel for Bo Steel to request brokerage files for Tupac & Bo Steel related work. Production due 6/30/17 due to counsel for brokerage.

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: _____Scottsdale_____   Civ. A. 14 - 7318

Date: 4 / 10 /2017

**Additional Orders:**

holiday & trial schedule

Counsel for Bo Steel to provide an update of Mr. Chen's health, travel plans from China to the US, and physical possibility of conducting a video deposition. If deposition is possible in US or China counsel to coordinate. If deposition will be conducted from China, counsel to research any applicable Chinese law. Counsel for "Bo Steel" is on notice that π / Emmanuel may challenge on motion or at trial Bo Steel's right to offer evidence if Mr. Chen's testimony is not available at least by deposition.

Counsel will follow the schedule below for PMC letters

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: _Scottsdale_     Civ. A. _14- 7318_

Date: _4 / 10_/2017

**Additional Orders:**

for dispositive motion practice, which
includes 56.1 statements and
counter statements.
   Scottsdale + Emmanuel : 8/1
   Bostel + other Δs : 8/31
   for opposition / cross motion :
   Scottsdale + Emmanuel : 9/15

Counsel should review the docket and
submit withdrawal of counsel notices
for any attorney listed but not
actively involved in the action.

Mr. Kutil should confirm whether
he is counsel for Bostel as
a counter claimant, cross defendant, which is not
indicated on the docket

Counsel are to file stipulation as to
release of KSR.

Page _4_ of _4_