UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTTSDALE INSURANCE COMPANY

                  Plaintiff,

-against-

BO STEEL GROUP, INC., KSK CONSTRUCTION
GROUP, SEVENBERRY CONSTRUCTION LLC,
31-02 NORTHERN BLVD LLC, 30-36 NORTHERN
BLVD LLC, and ENEFRY ADONIS HIERRO,

                  Defendants.
-----------------------------------------------------------------X
BO STEEL GROUP, INC.,

                  Third-Party Plaintiff,

-against-

GARY G. EMANUEL BROKERAGE, INC.

                  Third-Party Defendant.
-----------------------------------------------------------------X

CIVIL ACTION NUMBER
14-cv-07318-KAM-VMS

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that all claims, cross-claims and counterclaims or causes of action asserted herein against and by defendants KSK CONSTRUCTION GROUP and 31-02 NORTHERN BLVD LLC are hereby voluntarily dismissed, without prejudice and without costs to any party, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT FURTHER STIPULATED AND AGREED THAT THIS Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Pelham, New York
February 16, 2017

KING & KING, LLP

By: *Peter M. Kutil*

Peter M. Kutil, Esq.
*Attorneys for Bo Steel, KSK Construction Group and Sevenberry*
Sanborn Map Building
629 Fifth Avenue
Pelham, New York 10803

GOLDBERG SEGALLA LLP

By: _____
Sharon Angelino, Esq.

*Attorneys for plaintiff Scottsdale*
665 Main Street, Suite 400
Buffalo, N.Y. 14203

BABCHIK & YOUNG, LLP

By: _____
Joe Babchik, Esq.

*Attorneys for third-party defendant Emanuel*
245 Main Street
White Plains, N.Y. 10601

NICOLETTI GONSON SPINNER LLP

By: _____
Angela A. Lainhart, Esq.

*Attorneys for 31-02 Northern Blvd LLC and 30-36 Northern Blvd LLC*
555 Fifth Avenue, 8th Flr.
New York, N.Y. 10017

GINARTE, O'DWYER, GONZALEZ, GALLARDO & WINOGRAD, LLP

By: _____
Richard Winograd, Esq.

*Attorneys for Hierro*
225 Broadway, 13th Floor
New York, N.Y. 10007

2